**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.68.52.107**

**ISP:** Comcast Cable
**Physical Location:** Seymour, CT

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/31/2017 14:28:02 | A895B5246D9407C4DF2DB4B521A0E436E7C0C544 | HOT Coffee |
| 12/19/2017 14:01:23 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 11/29/2017 16:18:38 | 590B58B3AB990F820A1D0BAA188CE8C18A60DD69 | Black Friday Can FUCK My Ass |
| 11/19/2017 14:58:58 | 2589A03930026523AF4E9B6785D40D2EFC4B2F87 | Fill Her Up |
| 09/15/2017 21:54:09 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 08/31/2017 22:07:29 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 08/31/2017 22:07:09 | 9368E10FAA298F6CC6581047778F171C147E54A8 | Romance in the Garden |
| 07/01/2017 12:33:24 | B85668FA9E3A70ED92A0F1678FD414DB0FF9BEFB | XXX Threeway Games |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

CT82