**Copyrights-In-Suit for IP Address 73.68.52.107**

**ISP:** Comcast Cable
**Location:** Seymour, CT

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| HOT Coffee | PENDING | 12/30/2017 | 01/03/2018 | 12/31/2017 |
| Sex For Three By The Sea | PENDING | 07/29/2017 | 08/30/2017 | 12/19/2017 |
| Black Friday Can FUCK My Ass | PENDING | 11/27/2017 | 12/05/2017 | 11/29/2017 |
| Fill Her Up | PENDING | 11/17/2017 | 11/28/2017 | 11/19/2017 |
| Piano Concerto | PENDING | 09/15/2017 | 10/11/2017 | 09/15/2017 |
| Four Way In 4K | PA0001995499 | 01/28/2016 | 02/18/2016 | 08/31/2017 |
| Romance in the Garden | PA0002025238 | 08/27/2016 | 11/13/2016 | 08/31/2017 |
| XXX Threeway Games | PENDING | 06/30/2017 | 08/30/2017 | 07/01/2017 |

**Total Malibu Media, LLC Copyrights Infringed: 8**

EXHIBIT B

CT82